# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-17-00568-CR

**Samuel Hal Wade, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 391ST JUDICIAL DISTRICT
NO. D-09-0412-SA, THE HONORABLE BRAD GOODWIN, JUDGE PRESIDING**

## O R D E R

**PER CURIAM**

The mandate in this cause issued by the Court on July 9, 2018, is hereby withdrawn.

It is ordered on July 18, 2018.

Before Chief Justice Rose, Justices Goodwin and Field

Do Not Publish